**H.B.S. CONTRACTORS, INC. v. CUMBERLAND COUNTY BD. OF EDUCATION**

[345 N.C. 178 (1996)]

H.B.S. CONTRACTORS, INC. v. CUMBERLAND COUNTY BOARD OF EDUCATION

No. 180PA96

(Filed 6 December 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 122 N.C. App. 49, 468 S.E.2d 517 (1996), affirming declaratory judgment entered 1 March 1995 by Brewer, J., in Superior Court, Cumberland County. Heard in the Supreme Court 12 November 1996.

*Thorp and Clarke, by Herbert H. Thorp and Matthew R. Plyler, for plaintiff-appellant and -appellee.*

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Elizabeth L. Riley, for defendant-appellant and -appellee.*

*Tharrington Smith, by Ann L. Majestic, Michael Crowell, and Rod Malone, on behalf of North Carolina School Boards Association, Inc., amicus curiae.*

*Everett Gaskins Hancock & Stevens, by Hugh Stevens and C. Amanda Martin, on behalf of Fayetteville Publishing Company and The North Carolina Press Association, amici curiae.*

PER CURIAM.

PETITION FOR DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.